**Dismissed and Memorandum Opinion filed October 22, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00508-CV

---

### JAMIE PHELAN, Appellant

### V.

### KING PEAK, LLC, ITS ASSIGNEES AND SUCCESSORS, Appellee

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2023-34281**

---

### MEMORANDUM OPINION

This appeal is from a final judgment signed April 22, 2024. The clerk's record was filed August 19, 2024. The court reporter informed this court that there is no reporter's record. No brief was filed.

On September 24, 2024, we issued a notice stating that unless appellant filed a brief within 10 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.